JEFFREY A. DOLLINGER – State Bar No. 146582
jdollinger@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660

Attorneys for Plaintiff
INTEGON PREFERRED INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a North Carolina corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ISABELLA ALVAREZ CAMACHO; X-TREME AG LABOR, INC.; ENRIQUE FRANCO; CESAR NERI; SELENE CATI SILVA; AMAIRANI CATI SILVA; VICTOR CATI; THE ESTATE OF MARIA CANDELARIA SILVA-PEREZ, by and through its successor-in-interest VICTOR CATI; ANTONIA NAVARRO-SANDOVAL; ROBERT D. DALTON; JAMES KEIFAS MIRANDA BAUTISTA; JESSICA HILDA BAUTISTA VASQUEZ; ESTEVAN DALTON BAUTISTA; JASMINE ROXANNE DALTON, a minor by and through her guardian ad litem ROBERT D. DALTON; THE ESTATE OF CHRISTINA BAUTISTA DALTON, by and through its successor-in-interest ROBERT D. DALTON; JESSICA BOLANOS; JOSHUA PALACIOS; VERONICA ELIZABETH ACEVEDO CISNEROS; ANA CRISTINA ACEVEDO CISNEROS; JOSE REFUGIO ACEVEDO CISNEROS; ANNA ERICA ACEVEDO CISNEROS; ANGELICA MARIA ACEVEDO CISNEROS; YESSICA ACEVEDO CISNEROS; FIDELINA ACEVEDO CISNEROS,<br><br>          Defendants. | Case No.: 1:16-CV-01496-AWI-SAB<br><br>**ORDER CONTINUING THE SCHEDULING CONFERENCE** |

1

509108.1

Pursuant to the request by Plaintiff Integon Preferred Insurance, the Court continues the Scheduling Conference for 90 days to March 21, 2017, at 10:45 am. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: __**November 29, 2016**__

UNITED STATES MAGISTRATE JUDGE