# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>ISABELLA ALVAREZ CAMACHO, et al.,<br><br>Defendants. | Case No. 1:16-cv-01496-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

On October 5, 2016, Plaintiff Integon Preferred Insurance filed this action against Defendants Isabella Alvarez Camacho, Enrique Franco, Cesar Neri, Selene Cati Silva, X-Treme Ag Labor, Inc., Victor Cati, James Keif, Antonia Navarro-Sandoval, Amairani Cati Silva, Estate of Maria Candelaria Silva-Perez, Estevan Dalton Bautista, Jessica Hilda Bautista Vasquez, Jessica Bolanos, Jasmine Roxanne Dalton, Robert D. Dalton, Joshua Palacios, and Estate of Christina Bautista Dalton.  Summonses were issued on October 6, 2016.  Plaintiff filed a first amended complaint on November 21, 2016.  Summonses were issued to Angelica Maria Acevedo Cisneros, Anna Erica Acevedo Cisneros, Fidelina Acevedo Cisneros, and Yessica Acevedo Cisneros.  While summonses have been returned executed, only Defendant Isabella Alvaraez Camacho and X-Treme Ag Labor, Inc. have filed an answer to the complaint.

There is currently a mandatory initial scheduling conference set in this action for March 21, 2017 before the undersigned.  The Court finds that it does not serve the interest of judicial

economy to hold the mandatory status conference until all the defendants have been served and filed an answer to the complaint, have been dismissed from the action, or default has been entered.

Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of this order Plaintiff's shall file a notice informing the Court of the status of service on the defendants and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:  **March 7, 2017**

UNITED STATES MAGISTRATE JUDGE