# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ISABELLA ALVAREZ CAMACHO, et al.,<br><br>Defendants. | Case No.  1:16-cv-01496-AWI-SAB<br><br>ORDER EXTENDING DATE FOR SERVICE OF COMPLAINT BY FORTY-FIVE DAYS AND CONTINUING SCHEDULING CONFERENCE TO JUNE 13, 2017<br><br>(ECF No. 33) |

This action was filed on October 5, 2016.  On March 8, 2017, an order issued requiring Plaintiff to file a status report addressing service on the defendants in this action due to the scheduling conference currently scheduled for March 21, 2017.  Plaintiff filed a reply on March 9, 2017, stating that they are still attempting to locate several of the defendants in this action.

The Federal Rules of Civil Procedure provide that "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

The Court finds good cause exists to extend time for Plaintiff to serve the remaining plaintiffs by an additional forty-five (45) days.  However, the Court notes that Plaintiff has now

had over 150 days to locate and serve the defendants in this action.  The Court will not grant any further extension of time to serve the defendants absent a showing of good cause.  To establish good cause, Plaintiff will be required to show a strong probability that continuance of the time to serve would result in locating any unserved defendant.

      Accordingly, IT IS HEREBY ORDERED that:

1. The time for Plaintiff to comply with Rule 4(m) is extended and service shall be completed on the remaining defendants within forty-five (45) days of the date entry of this order;

2. The scheduling conference on March 21, 2017, at 10:45 a.m. in Courtroom 9 is CONTINUED to **June 13, 2017, at 3:00 p.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report one week prior to the June 13, 2017 date.

IT IS SO ORDERED.

Dated:  **March 10, 2017**

UNITED STATES MAGISTRATE JUDGE