JEFFREY A. DOLLINGER – State Bar No. 146582
jdollinger@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660

Attorneys for Plaintiff
INTEGON PREFERRED INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY, a North Carolina corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ISABELLA ALVAREZ CAMACHO; X-TREME AG LABOR, INC.; ENRIQUE FRANCO; CESAR NERI; SELENE CATI SILVA; AMAIRANI CATI SILVA; VICTOR CATI; THE ESTATE OF MARIA CANDELARIA SILVA-PEREZ, by and through its successor-in-interest VICTOR CATI; ANTONIA NAVARRO-SANDOVAL; ROBERT D. DALTON; JAMES KEIFAS MIRANDA BAUTISTA; JESSICA HILDA BAUTISTA VASQUEZ; ESTEVAN DALTON BAUTISTA; JASMINE ROXANNE DALTON, a minor by and through her guardian ad litem ROBERT D. DALTON; THE ESTATE OF CHRISTINA BAUTISTA DALTON, by and through its successor-in-interest ROBERT D. DALTON; JESSICA BOLANOS; JOSHUA PALACIOS; VERONICA ELIZABETH ACEVEDO CISNEROS; ANA CRISTINA ACEVEDO CISNEROS; JOSE REFUGIO ACEVEDO CISNEROS; ANNA ERICA ACEVEDO CISNEROS; ANGELICA MARIA ACEVEDO CISNEROS; YESSICA ACEVEDO CISNEROS; FIDELINA ACEVEDO CISNEROS,<br><br>    Defendants. | Case No.: 1:16-CV-01496-AWI-SAB<br><br>**ORDER RE FILING SECOND AMENDED COMPLAINT** |

1

522610.1

Pursuant to the stipulation between Plaintiff Integon Preferred Insurance and Defendants Isabella Alvarez Camacho and X-Treme Ag Labor, Inc., the Court grants Integon's request to file its second amended complaint to add Yasmin Zuniga as a defendant to this action. The second amended complaint must be filed within five days of this Order.

IT IS SO ORDERED.

Dated:   **March 10, 2017**