# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISABELLA ALVAREZ CAMACHO, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01496-AWI-SAB<br><br>ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANTS ISABELLA ALVAREZ CAMACHO AND X-TREME AG LABOR, INC.<br><br>(ECF No. 85) |

This action was filed on October 5, 2016. On November 14, 2014, Defendant Lanthier filed a notice of automatic stay. (ECF No. 27.) On August 21, 2017, Defendants Isabella Alvarez Camacho and X-Treme Ag Labor, Inc. filed a notice of automatic stay pursuant to 11 U.S.C. § 362.

Pursuant to 11 U.S.C. § 362(a) all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. Sternberg v. Johnston, 559 F.3d 937, 943 (9th Cir. 2010).

Accordingly, all proceedings in this matter against Defendants Isabella Alvarez Camacho and X-Treme Ag Labor, Inc. have been stayed pursuant to Section 362(a) of Title 11, United States Code.

IT IS SO ORDERED.

Dated: **September 15, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1