# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ISABELLA ALVAREZ CAMACHO, et al.,<br><br>Defendants. | Case No. 1:16-cv-01496-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT X-TREME AG LABOR, INC. TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED AND DEFENDANT CAMACHO TO NOTIFY COURT OF STATUS OF BANKRUPTCY ACTION<br><br>FIVE DAY DEADLINE |

On October 5, 2016, Plaintiff Integon Preferred Insurance Company filed this action seeking declaratory relief. On August 21, 2017, Defendants Isabella Alvarez Camacho and X-Treme Ag Labor, Inc. filed a notice of automatic stay pursuant to 11 U.S.C. § 362. (ECF No. 85.) On September 15, 2017, an order issued staying all proceedings against Defendants Camacho and X-Treme Ag Labor, Inc. (ECF No. 86.)

In an action in which these same defendants are named, the Court recently received notice that the bankruptcy case against X-Treme Ag Labor, Inc. has been closed. See R. Alexander Costa v. Valley Garlic, Inc. et al., No. 1:16-cv-01156-AWI-EPG (E.D. Cal. Dec. 22, 2017). Accordingly, IT IS HEREBY ORDERED THAT within **five (5) days** from the date of entry of this order:

1. Defendant X-Treme Ag Labor, Inc. shall show cause in writing why the stay in

1

this action as to X-Treme Ag Labor Inc. should not be lifted and proceedings be reinstated in this matter; and

2. Defendant Isabella Alvarez Camacho shall inform the Court of the status of her bankruptcy proceedings.

IT IS SO ORDERED.

Dated: **February 14, 2018**

UNITED STATES MAGISTRATE JUDGE