# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ISABELLA ALVAREZ CAMACHO, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01496-AWI-SAB<br><br>ORDER REQUIRING GERARDO HERNANDEZ JR. AND RILEY C. WALTER TO SHOW CAUSE FOR THEIR FAILURE TO COMPLY WITH A COURT ORDER<br><br>Response due by February 28, 2018<br>Show Cause Hearing: March 7, 2018, at 10:00 a.m. in Courtroom 9 |

    On October 5, 2016, Plaintiff Integon Preferred Insurance Company filed this action seeking declaratory relief. On August 21, 2017, Defendants Isabella Alvarez Camacho ("Defendant Camacho") and X-Treme Ag Labor, Inc. ("Defendant X-Treme Ag Labor") filed a notice of automatic stay pursuant to 11 U.S.C. § 362. (ECF No. 85.) On September 15, 2017, an order issued staying all proceedings against Defendants Camacho and X-Treme Ag Labor. (ECF No. 86.)

    In an action in which these same defendants are named, the Court received notice that the bankruptcy case against X-Treme Ag Labor, Inc. has been closed. See R. Alexander Costa v. Valley Garlic, Inc. et al., No. 1:16-cv-01156-AWI-EPG (E.D. Cal. Dec. 22, 2017). On February 14, 2018, the Court ordered Defendant X-Treme Ag Labor to show cause in writing within five (5) days from the date of entry of the order why the stay in this action as to Defendant X-Treme Ag Labor should not be lifted and proceedings be reinstated in this matter. (ECF No. 87.) The

Court also ordered Defendant Camacho to inform the Court of the status of her bankruptcy proceedings within five (5) days from the date of entry of the February 14, 2018 order. (ECF No. 87.) However, Defendants Camacho and X-Treme Ag Labor have not responded to the Court's February 14, 2018 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Camacho and X-Treme Ag Labor's counsel, Gerardo Hernandez Jr. and Riley C. Walter, shall **show cause in writing on or before February 28, 2018**, why sanctions should not issue for the failure to comply with the Court's February 14, 2018 order;

2. Gerardo Hernandez Jr. and Riley C. Walter shall **personally appear** before United States Magistrate Judge Stanley A. Boone on **Wednesday, March 7, 2018, at 10:00 a.m.** in Courtroom 9 at the United States Courthouse, 2500 Tulare St., Fresno, California; and

3. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **February 21, 2018**

UNITED STATES MAGISTRATE JUDGE

2