# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INTEGON PREFERRED INSURANCE COMPANY, | Case No. 1:16-cv-01496-AWI-SAB |
|---|---|
| Plaintiff, | ORDER FOLLOWING INFORMAL TELECONFERENCE; VACATING ALL PENDING DATES AND MATTERS SET IN THE JUNE 16, 2017 SCHEDULING ORDER; AND SETTING A DEADLINE TO FILE A MOTION TO STAY |
| v. | |
| ISABELLA ALVAREZ CAMACHO, et al., | |
| Defendants. | |

This action was filed on October 5, 2016. (ECF No. 1.) On June 16, 2017, the Court issued a scheduling order. (ECF No. 52.) On September 15, 2017, all proceedings in this matter were stayed against Defendants Isabella Alvarez Camacho and X-Treme Ag Labor, Inc. (ECF No. 86.) On February 23, 2018, the stay was lifted. (ECF No. 90.)

On April 2, 2018, the Court granted Plaintiff's motion to file a third amended complaint to add a defendant, Valley Garlic, Inc., and the third amended complaint was filed on April 2, 2018. (ECF Nos. 94, 95.) On June 20, 2018, Defendant Valley Garlic, Inc. filed an answer. (ECF No. 98.)

On July 13, 2018, the Court set a telephonic conference call with the parties to discuss the scheduling of the case. (ECF No. 99.) On July 17, 2018, the Court held an informal telephonic conference call with the parties. Jeffrey Dollinger appeared on behalf of Plaintiff. Dana Denno

appeared on behalf of Defendant Valley Garlic, Inc. Gerardo Hernandez, Jr. appeared on behalf of Defendants Camacho and X-Treme Ag Labor, Inc. and Danielle Bethel appeared as bankruptcy counsel for Defendants Camacho and X-Treme Ag Labor, Inc. Defendant Valley Garlic, Inc. indicated that it intends to file a motion to stay the proceedings in this action until the conclusion of the underlying actions in Merced County Superior Court. Ms. Bethel indicated that when Riley Walter filed the notice of automatic stay on August 21, 2017, it was not intended as a notice of appearance in this action, and their firm is not representing Defendants Camacho and X-Treme Ag Labor, Inc. in this action.

Accordingly, it is HEREBY ORDERED that:

1. All dates and matters set in the June 16, 2017 scheduling order, including the pretrial conference and trial dates, are VACATED;
2. The parties shall file any motions to stay on or before August 17, 2018. The hearing shall be set before the undersigned pursuant to the Local Rules; and
3. The Clerk of the Court is directed to terminate Riley C. Walter and the Walter Wilhelm Bauer firm as counsel for Defendants Camacho and X-Treme Ag Labor, Inc. in this action.

IT IS SO ORDERED.

Dated: **July 17, 2018**

_____
UNITED STATES MAGISTRATE JUDGE